■ In the Matter of ROYAL INSURANCE, Respondent, v KEVIN MCCABE et al., Respondents, and LUMBERMANS MUTUAL CASUALTY COMPANY, Appellant. [619 NYS2d 630] —Appeal by Lumbermans Mutual Casualty Company from an order of the Supreme Court, Suffolk County (Prudenti, J.), entered November 23, 1992.

Ordered that the order is affirmed, with one bill of costs, for reasons stated by Justice Prudenti in the Supreme Court. O'Brien, J. P., Joy, Friedmann and Krausman, JJ., concur.